IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDHAM MAMET,<br><br>    Detainee,<br>    Guantanamo Bay Naval Station,<br>    Guantanamo Bay, Cuba;<br><br>and<br><br>IBRAHIM MAMET, as Next Friend of EDHAM MAMET,<br><br>    Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Avenue, N.W.<br>    Washington, D.C. 20500<br><br>DONALD RUMSFELD<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    Washington, D.C. 20301-1000<br><br>ARMY BRIG. GEN. JAY HOOD<br>    Commander, Joint Task Force - GTMO<br>    JTF-GTMO<br>    APO AE 09360; and<br><br>ARMY COL. MIKE BUMGARNER<br>    Commander, Joint Detention<br>    Operations Group, JTF - GTMO<br>    JTF-GTMO<br>    APO AE 09360<br><br>    Respondents/Defendants. | Case No.<br><br>Judge:<br><br>Deck Type: Habeas Corpus/2255<br><br>Date Stamp:<br><br><br>**CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION** |

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Pursuant to Local Civil Rule 83.2(g), counsel for Petitioner Edham Mamet, and for his brother and next friend Ibrahim Mamet, certify that they are representing Petitioners without compensation.

Dated: August 11, 2005

Of Counsel:

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:   (212) 614-6439

Sabin Willett
Neil McGaraghan
Jason S. Pinney
Daniel Hunter Keil
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110-1726
Telephone:   (617) 951-8000
Facsimile:   (617) 951-8925

Susan Baker Manning
Hope M. Jarkowski
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC  20036-3406
Telephone:   (202) 778-6150
Facsimile:   (202) 778-6155

David A. Peters
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Telephone:   (860) 240-2700
Facsimile:   (860) 240-2800