UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDHAM MAMET, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-1602 (ESH) |
| GEORGE W. BUSH, *et al.* | ) |
| Respondents. | ) |

## ORDER

Before the Court is petitioner's motion for an order to show cause and for entry of a protective order [3]. The Court grants petitioner's motion and it is hereby

**ORDERED** that respondents must show cause why the writ of *habeas corpus* should not be granted. 28 U.S.C. § 2243; and it is

**FURTHER ORDERED** that the Court **ENTERS** by way of reference the protective order and supplementary orders previously entered in *In re Guantanamo Bay Detainee Cases*, Civil No. 02-0299, et al., by Judge Joyce Hens Green. These include the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected Information," entered on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued on December 13, 2004.

                                                                                                                                                       s/
                                                               ELLEN SEGAL HUVELLE
                                                               United States District Judge

Date:   September 15, 2005