UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDHAM MAMET,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents. | Case No. 1:05-cv-01602-ESH<br><br>**APPLICATION FOR PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT THEREOF**<br><br>**(Oral Argument Requested)** |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners have submitted the following documents to the Court's designated Court Security Officer:

- Petitioners Application for Preliminary Injunction and Memorandum in Support Thereof, with exhibits 1-15 attached.
- Declaration of Jason Stiles Pinney Re Application for Preliminary Injunction and Memorandum in Support Thereof.

Dated: September 16, 2005

                              Sabin Willett
                              Neil McGaraghan
                              Jason S. Pinney
                              Daniel Hunter Kiel
                              BINGHAM McCUTCHEN LLP
                              150 Federal Street
                              Boston, MA  02110-1726
                              Telephone:    (617) 951-8000
                              Facsimile:    (617) 951-8925

                              Susan Baker Manning
                              BINGHAM McCUTCHEN LLP
                              1120 20th Street NW, Suite 800

-2-

Washington, DC  20036
Telephone:      (202) 778-6150
Facsimile:       (202) 778-6155

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Telephone:      (212) 614-6439

LITDOCS/615495.1