# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAG MOHAMMED, <br><br>　　　　Petitioner, <br><br>　　v. <br><br>GEORGE W. BUSH, *et al.*, <br><br>　　　　Respondents. | Civil Action No. 05-1602 (ESH) |

## DECLARATION OF JOSEPH S. IMBURIGA

Pursuant to 28 U.S.C. § 1746, I, Major Joseph S. Imburiga, Judge Advocate General's Corps, United States Air Force, hereby state that to the best of my knowledge, information and belief, the following is true, accurate and correct:

1.　I am the Assistant Legal Advisor to the Office for the Administrative Review of the Detention of Enemy Combatants at U.S. Naval Base Guantanamo Bay, Cuba (OARDEC). In that capacity I am an advisor to the Director, Combatant Status Review Tribunals.

2.　I hereby certify that the document attached hereto is a true and accurate copy of the letter signed by the Director of Combatant Status Review Tribunals approving the Tribunal's determination regarding petitioner Nag Mohammed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __19 Sep 05__　　　　　　　　　　　　__/s/ Joseph S. Imburiga__
　　　　　　　　　　　　　　　　　　　　　　　Joseph S. Imburiga
　　　　　　　　　　　　　　　　　　　　　　　MAJ, JAGC, USAF



# Department of Defense
## Director, Combatant Status Review Tribunals

OARDEC/Ser: 0575
20 JAN 2005

From: Director, Combatant Status Review Tribunal

Subj: **REVIEW OF COMBATANT STATUS REVIEW TRIBUNAL FOR DETAINEE ISN # 102**

Ref: (a) Deputy Secretary of Defense Order of 7 July 2004
(b) Secretary of the Navy Order of 29 July 2004

1. I concur in the decision of the Combatant Status Review Tribunal that Detainee ISN #102 meets the criteria for designation as an Enemy Combatant, in accordance with references (a) and (b).

2. This case is now considered final and the detainee will be scheduled for an Administrative Review Board.

J. M. McGARRAH
RADM, CEC, USN

Distribution:
NSC (Mr. John Bellinger)
DoS (Ambassador Prosper)
DASD-DA
JCS (J5)
SOUTHCOM (CoS)
COMJTFGTMO
OARDEC (Fwd)
CITF Ft Belvoir

FOR OFFICIAL USE ONLY