UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

EDHAM MAMET,

and

IBRAHIM MAMET, as Next Friend of EDHAM MAMET,

    Petitioner/Plaintiff,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 1:05-cv-01602-ESH

**NOTICE OF CROSS-APPEAL**

LITDOCS/623209.1

## NOTICE OF CROSS-APPEAL

Pursuant to Fed. R. App. P. 3 and 4(a)(3), Petitioner hereby notices his cross-appeal to the United States Court of Appeals for the District of Columbia Circuit of so much of the Court's Memorandum Order dated September 30, 2005, as grants a stay of pretrial proceedings in these *habeas corpus* proceedings. The portion of the Order appealed from violates the mandate of the Supreme Court of the United States in *Rasul v. Bush*, 542 U.S. 466 (2004), 124 S. Ct. 2686, 2698-99 (2004), that the district courts "consider in the first instance the merits" of the allegations raised by Petitioner, who is illegally held by Respondents at Guantánamo Bay, Cuba.

Dated: November 29, 2005

_____
Sabin Willett
Neil G. McGaraghan
Jason S. Pinney
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110-1726
Telephone:  (617) 951-8000
Facsimile:   (617) 951-8925

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC  20036
Telephone:  (202) 778-6150
Facsimile:   (202) 778-6155

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:   (212) 614-6439