UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDHAM MAMET,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents. | Case No. 1:05-cv-01602-ESH |

NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners have submitted the following document to the Court's designated Court Security Officer:

- Petitioners' Emergency Motion for Production of the Body.

Dated: December 15, 2005

                                                        /s/
                                       Sabin Willett
                                       Neil McGaraghan
                                       Jason S. Pinney
                                       Daniel Hunter Kiel
                                       BINGHAM McCUTCHEN LLP
                                       150 Federal Street
                                       Boston, MA  02110-1726
                                       Telephone:    (617) 951-8000
                                       Facsimile:    (617) 951-8925

                                       Susan Baker Manning
                                       BINGHAM McCUTCHEN LLP
                                       1120 20th Street NW, Suite 800
                                       Washington, DC  20036
                                       Telephone:    (202) 778-6150
                                       Facsimile:    (202) 778-6155

DCDOCS/642750.1

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Telephone:         (212) 614-6439

2

DCDOCS/642750.1