*Previously Cleared by CSO for Public Filing*

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| EDHAM MAMET, <br><br> and <br><br> IBRAHIM MAMET, as Next Friend of EDHAM MAMET, <br><br>          Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br>          Respondents. | Case No. 1:05-cv-01602 (ESH) (AK) |

### PETITIONER'S ASSENTED TO MOTION FOR LEAVE TO FILE OPPOSITION TO GOVERNMENT'S MOTION TO EXAMINE PRIVILEGED COMMUNICATIONS SEIZED WITHOUT NOTICE OR APPROVAL AND MOTION TO SHOW CAUSE WHY RESPONDENTS SHOULD NOT BE HELD IN CONTEMPT

Petitioner Edham Mamet ("Petitioner") respectfully requests that this Court grant Petitioner's Assented To Motion for Leave to File Opposition to Government's Motion to Examine Privileged Communications Seized Without Notice or Approval and Motion to Show Cause Why Respondents Should not be Held in Contempt. As grounds for this request, Petitioner states the following:

1. On July 7, 2006, Respondents filed a Motion for Procedures Related to Review of Certain Detainee Materials and Motion for Expedited Briefing by Respondents ("Respondents' Motion") (dkt. no. 21) in this case. Respondents' Motion was filed in many if not all of the Guantánamo *habeas corpus* cases.

2. Petitioner's opposition to the Respondents' Motion appears to have been due on July 21, 2006. To date, Petitioner has not filed an opposition to Respondents' Motion.

LITDOCS/648977.1

3.      Respondents' attorney, Mr. Terry M. Henry, assented to Petitioner filing a late opposition to Respondents' Motion in a telephone conversation with Jason S. Pinney, counsel for the Petitioner, at approximately 3:30 PM EST on August 1, 2006.

4.      Petitioner's opposition to Respondents' Motion, entitled Petitioner's Opposition to Government's Motion to Examine Privileged Communications Seized Without Notice or Approval and Motion to Show Cause Why Respondents Should not be Held in Contempt ("Petitioner's Opposition Motion"), is being filed contemporaneously herewith.

4.      Petitioner's Opposition Motion is virtually identical to a motion timely filed in *Kiyemba v. Bush*, No. 05-cv-01509 (RMU) (dkt. nos. 74 & 75), in opposition to Respondents' Motion.

WHEREFORE Petitioner respectfully requests that this Court grant Petitioner's Assented To Motion for Leave to File an Opposition to Government's Motion to Examine Privileged Communications Seized Without Notice or Approval and Motion to Show Cause Why Respondents Should not be Held in Contempt.

Dated: August 1, 2006

| Of Counsel: | /s/ Neil G. McGaraghan |
|---|---|
| | Sabin Willett |
| Barbara Olshansky | Neil G. McGaraghan |
| Deputy Director | Jason S. Pinney |
| CENTER FOR CONSTITUTIONAL RIGHTS | BINGHAM McCUTCHEN LLP |
| 666 Broadway, 7th Floor | 150 Federal Street |
| New York, NY 10012 | Boston, MA 02110-1726 |
| Telephone: (212) 614-6439 | Telephone: (617) 951-8000 |
| | Facsimile: (617) 951-8925 |
| | |
| | Susan Baker Manning |
| | BINGHAM McCUTCHEN LLP |
| | 2020 K Street, N.W. |
| | Washington, DC 20006 |
| | Telephone: (202) 778-6150 |
| | Facsimile: (202) 778-6155 |

## CERTIFICATE OF SERVICE

I, Jason S. Pinney, have this 1st day of August, 2006, served the foregoing PETITIONER'S ASSENTED TO MOTION FOR LEAVE TO FILE OPPOSITION TO GOVERNMENT'S MOTION TO EXAMINE PRIVILEGED COMMUNICATIONS SEIZED WITHOUT NOTICE OR APPROVAL AND MOTION TO SHOW CAUSE WHY RESPONDENTS SHOULD NOT BE HELD IN CONTEMPT by electronic mail on:

Terry M. Henry
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Terry.Henry@usdoj.gov

                                              /s/ Jason S. Pinney_____
                                              Jason S. Pinney

LITDOCS/648977.1