IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EDHAM MAMET, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-CV-1602 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**RESPONDENTS' REPLY MEMORANDUM IN SUPPORT OF JULY 7, 2006 MOTION
FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS
AND OPPOSITION TO PETITIONERS' REQUESTS FOR
RELIEF ASSOCIATED WITH IMPOUNDMENT OF DETAINEE MATERIALS**

Respondents, in reply to petitioners' opposition (dkt. no. 24) to respondents' July 7, 2006 Motion for Procedures Related to Review of Certain Detainee Materials (dkt. no. 21) ("July 7 Motion"), hereby rely on and incorporate herein by reference their reply memorandum in support of the July 7 Motion filed in *Kurnaz v. Bush*, No. 04-CV-1135-ESH, on July 28, 2006 (dkt. no. 105) (a copy of which is attached hereto), as corrected by respondents' August 11, 2006 Supplemental Memorandum Correcting July 7, 2006 Motion for Procedures Related to Review of Certain Detainee Materials and Responding to Supplemental Memoranda of Certain Petitioners (a copy of which is also attached hereto).

Dated: August 11, 2006 Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General


DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents