*Previously Cleared by CSO for Public Filing*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDHAM MAMET, <br><br> and <br><br> IBRAHIM MAMET, as Next Friend of EDHAM MAMET, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al*., <br><br> Respondents. | Case No. 1:05-cv-01602 (ESH) |

## CERTIFICATION OF COUNSEL

I, Neil McGaraghan, hereby certify that the Memorandum of Understanding Regarding Access to Classified National Security Information filed in this case on March 7, 2007, and attached hereto as <u>Exhibit</u> <u>A</u>, was submitted on behalf of Francesca L. Miceli, Esq., Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110.

Dated:  March 13, 2007               Respectfully submitted,

        /s/  Neil McGaraghan
Sabin Willett
Rheba Rutkowski
Neil McGaraghan
Jason S. Pinney
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110-1726
Telephone:   (617) 951-8000
Facsimile:   (617) 951-8925

Susan Baker Manning
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, DC  20006
Telephone:   (202) 778-6150
Facsimile:   (202) 778-6155

## CERTIFICATE OF SERVICE

I, Neil McGaraghan, have this 13th day of March, 2007, served the foregoing

CERTIFICATION OF COUNSEL by electronic mail on counsel for the Respondents:

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

      /s/ Neil McGaraghan
      Neil McGaraghan