CHAIRMAN

GARY L. ACKERMAN, NEW YORK
ENI F.H. FALEOMAVAEGA, AMERICAN SAMOA
DONALD M. PAYNE, NEW JERSEY
BRAD SHERMAN, CALIFORNIA
ROBERT WEXLER, FLORIDA
ELIOT L. ENGEL, NEW YORK
BILL DELAHUNT, MASSACHUSETTS
GREGORY W. MEEKS, NEW YORK
DIANE E. WATSON, CALIFORNIA
ADAM SMITH, WASHINGTON
RUSS CARNAHAN, MISSOURI
JOHN S. TANNER, TENNESSEE
GENE GREEN, TEXAS
LYNN C. WOOLSEY, CALIFORNIA
SHEILA JACKSON LEE, TEXAS
RUBÉN HINOJOSA, TEXAS
JOSEPH CROWLEY, NEW YORK
DAVID WU, OREGON
BRAD MILLER, NORTH CAROLINA
LINDA T. SÁNCHEZ, CALIFORNIA
DAVID SCOTT, GEORGIA
JIM COSTA, CALIFORNIA
ALBIO SIRES, NEW JERSEY
GABRIELLE GIFFORDS, ARIZONA
RON KLEIN, FLORIDA
BARBARA LEE, CALIFORNIA

ROBERT R. KING
STAFF DIRECTOR

PETER M. YEO
DEPUTY STAFF DIRECTOR

DAVID S. ABRAMOWITZ
CHIEF COUNSEL

RANKING REPUBLICAN MEMBER

CHRISTOPHER H. SMITH, NEW JERSEY
DAN BURTON, INDIANA
ELTON GALLEGLY, CALIFORNIA
DANA ROHRABACHER, CALIFORNIA
DONALD A. MANZULLO, ILLINOIS
EDWARD R. ROYCE, CALIFORNIA
STEVE CHABOT, OHIO
THOMAS G. TANCREDO, COLORADO
RON PAUL, TEXAS
JEFF FLAKE, ARIZONA
MIKE PENCE, INDIANA
JOE WILSON, SOUTH CAROLINA
JOHN BOOZMAN, ARKANSAS
J. GRESHAM BARRETT, SOUTH CAROLINA
CONNIE MACK, FLORIDA
JEFF FORTENBERRY, NEBRASKA
MICHAEL T. McCAUL, TEXAS
TED POE, TEXAS
BOB INGLIS, SOUTH CAROLINA
LUIS G. FORTUÑO, PUERTO RICO
GUS M. BILIRAKIS, FLORIDA
VACANT

YLEEM D.S. POBLETE
REPUBLICAN STAFF DIRECTOR

MARK C. GAGE
REPUBLICAN SENIOR POLICY ADVISOR

DOUGLAS C. ANDERSON
REPUBLICAN CHIEF COUNSEL

ONE HUNDRED TENTH CONGRESS

# CONGRESS OF THE UNITED STATES

COMMITTEE ON FOREIGN AFFAIRS
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515

TELEPHONE: (202) 225-5021
HTTP://WWW.FOREIGNAFFAIRS.HOUSE.GOV/

June 19, 2008

The Honorable Robert Gates
Secretary of Defense
Department of Defense
4000 Defense Pentagon
Washington, DC 20301-4000

Re:    *Transfer of Uighur Prisoners Out of Camp 6 and parole into the United States*

Dear Mr. Secretary:

On the basis of the Subcommittee on International Organizations, Human Rights, and Oversight's investigation into detention at Guantanamo Bay, we request that the Uighur detainees at Guantanamo Bay promptly be paroled into the United States, and that while those arrangements are being made, those Uighurs being held in Camp 6 immediately be transferred from Camp 6 to Camp 4.

The Uighurs are friends of the United States, and based upon the facts of their political inclinations and struggle against the Communist Chinese regime, they should not be grouped, even in appearance, with the other detainees at Guantanamo Bay. Accordingly, Mr. Secretary, we are requesting that your office intervene to put this transfer and parole into motion.

The parole requested in this letter would accomplish the Uighurs' physical transfer to the continental United States, but would not, of itself, constitute a formal grant of asylum. We have consulted with Rabiya Kadeer, President of the Uighur American Association, and have been informed the Uighur community is willing to support these individuals during their stay in the United States.

We look forward to the opportunity to speak with your office about the means for carrying out our request. Please respond to this letter by July 19, 2008. Please contact either Natalie Coburn or Paul Berkowitz of the Subcommittee staff at (202) 226-6434 if you need more information.

Sincerely,

*[signature: Bill Delahunt]*

BILL DELAHUNT
Chairman
Subcommittee on
International Organizations,
Human Rights, and Oversight

*[signature: Dana Rohrabacher]*

DANA ROHRABACHER
Ranking Member
Subcommittee on
International Organizations,
Human Rights, and Oversight

cc:    Sandra Hodgkinson
       Deputy Assistant Secretary of Defense for Detainee Affairs
       United States Department of State