IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | : Misc. No. 08-442 (TFH)<br>:<br>: Civil Action No. 05-1509 (RMU)<br>: Civil Action No. 05-1602 (ESH)<br>: Civil Action No. 05-1704 (JR)<br>: Civil Action No. 05-2370 (EGS)<br>: Civil Action No. 05-2386 (RBW)<br>: Civil Action No. 05-2398 (ESH) |

[PROPOSED] ORDER

The Court, having considered the Motion by All 17 Uighurs Currently Detained In Guantánamo Bay for Consolidation of Their Petitions for Habeas Corpus In Civil Action Nos. 05-1509 (RMU), 05-1602 (ESH), 05-1704 (JR), 05-2370 (EGS), 05-2386 (RBW) and 05-2398 (ESH) and Expedited Consideration Thereof Consistent with *Parhat v. Gates*,

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that *Kiyemba v. Bush*, Civil Action No. 05-1509 (RMU), *Mamet v. Bush*, Civil Action No. 05-1602 (ESH), *Kabir v. Bush*, Civil Action No. 05-1704 (JR), *Razakah v. Bush*, Civil Action No. 05-2370 (EGS), *Thabid v. Bush*, Civil Action No. 05-2398 (ESH) and all claims asserted by petitioners Abdul Ghaffar and Adel Noori in *Mohammon v. Bush*, Civil Action No. 05-2386 (RBW) are hereby consolidated for expedited consideration before Judge _____ consistent with *Parhat v. Gates*, No. 06-1397, --- F.3d ---, 2008 WL 2576977 (D.C. Cir. June 20, 2008).

Dated: _____

                                                                                                             United States District Judge