CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDHAM MAMET, ET AL. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 05-1602(RMU) |
| | ) | |
| GEORGE W. BUSH, ET AL. | ) | Category   G |
| | ) | |
| Defendants | ) | |

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on July 10, 2008 from Judge Ellen Segal Huvelle to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Case Related to CA 05-1509 before Judge Urbina)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Urbina & Courtroom Deputy
      Judge Huvelle & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk