IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                | |                              |
|----------------|-|------------------------------|
| IN RE:         | : | Misc. No. 08-442 (TFH)      |
|                | : |                              |
|                | : | Civil Action No. 05-1509 (RMU) |
| GUANTANAMO BAY | : | Civil Action No. 05-1602 (RMU) |
| DETAINEE LITIGATION | : | Civil Action No. 05-1704 (RMU) |
|                | : | Civil Action No. 05-2386 (RMU) |

**PETITIONERS' NOTICE OF FILING**

Pursuant to the November 10, 2004 Order Supplementing and Amending Filing Procedures contained in the November 8, 2004 Amended Protective Order, Petitioners hereby give notice that on this 29th day of July, 2008, the following submission was sent by overnight courier to the Court Security Officer: i) Petitioners' Motion for Temporary Restraining Order and Preliminary Injunction; ii) Memorandum of Points and Authorities with Declarations of Counsel; and iii) Proposed Order.

Dated: July 29, 2008                                COUNSEL FOR PETITIONERS:

J. Wells Dixon(Pursuant to LCvR 83.2(g))
Wdixon@ccr-ny.org
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6423
Facsimile:  (212) 614-6499
*Of Counsel for all Petitioners*


Eric A. Tirschwell (Pursuant to LCvR 83.2(g))
Michael J. Sternhell (Pursuant to LCvR 83.2(g))
Darren LaVerne (Pursuant to LCvR 83.2(g))
Seema Saifee (Pursuant to LCvR 83.2(g))
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000
*Counsel to PetitionerAdel Noori*

     /s/ Elizabeth P. Gilson      
Elizabeth P. Gilson(Pursuant to LCvR 3.2(g))
egilson@snet.net
383 Orange Street
New Haven, CT 06511
Telephone:    (203) 777-4050
Facsimile:    (203) 787-3259
*Counsel to Petitioners Bahtiyar Mahnut and Arkin Mahmud*

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC 20036-3406
Telephone:  (202) 778-6150
Facsimile:  (202) 778-6155

Sabin Willett (Pursuant to LCvR 83.2(g))
Neil McGaraghan (Pursuant to LCvR 83.2(g))
Rheba Rutkowski (Pursuant to LCvR 83.2(g))
Jason S. Pinney (Pursuant to LCvR 83.2(g))
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, Massachusetts  02110
Telephone:  (617) 951-8000
Facsimile:  (617) 951-8736
*Counsel to Petitioners Hammad Memet, Khalid Ali, and Edham Mamet*