IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | ) ) ) ) ) | Misc. No. 08-442 (TFH) |
| JAMAL KIYEMBA, as Next Friend of<br>ABDUSABUR DOE, *et al.*,<br><br>      Petitioners,<br><br>      v.<br><br>GEORGE W. BUSH,<br>      President of the United States,<br>      *et al.*,<br><br>      Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-1509 (RMU) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents:

> SCOTT M. MARCONDA
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch
> Room 5130
> 20 Massachusetts Ave., N.W.
> Washington, D.C. 20530
> 202-305-0169
> Scott.Marconda@usdoj.gov

Dated: August 5, 2008         Respectfully submitted,

                              GREGORY G. KATSAS
                              Assistant Attorney General

                              JOHN C. O'QUINN
                              Deputy Assistant Attorney General

      /s/ *Scott M. Marconda*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
AUGUST E. FLENTJE
ALEXANDER K. HAAS
PAUL AHERN
SCOTT M. MARCONDA (CA Bar No. 144225)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-0169
Fax:  (202) 616-8470

Attorneys for Respondents